# United States District Court
# District of Massachusetts

FALAFEL REPUBLIC MEDITERRANEAN
    FOODS, INC.,
        Plaintiff,

    v.                                       CIVIL ACTION NO. 12-10551-NMG

TARAZI SPECIALTY FOODS, INC.,
        Defendant.

## *REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO TRANSFER THIS ACTION TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (#6)*

COLLINGS, U.S.M.J.

### *I. Introduction*

On March 5, 2012, plaintiff Falafel Republic Mediterranean Foods, Inc. ("FRMF") filed a three-count complaint in the Superior Court for Plymouth County, Commonwealth of Massachusetts, against defendant Tarazi Specialty

*Report and Recommendation accepted and adopted.* s/NMGorton, USDJ 11/21/12