RUBEN A. CASTELLÓN (SBN 154610)
Email: rcastellon@candffirm.com
ALASTAIR F. HAMBLIN (SBN 282044)
Email: ahamblin@candffirm.com
CASTELLÓN & FUNDERBURK LLP
811 Wilshire Boulevard, Suite 1025
Los Angeles, CA 90017
Telephone:   (213) 532 3984

Attorneys for Plaintiff
Falafel Republic Mediterranean Foods, Inc.

Alan M. Dettelbach (SBN 137540)
E-mail: adettelbach@troygould.com
Arvin Tseng (SBN 245648)
E-mail: atseng@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendant
Tarazi Specialty Foods, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALAFEL REPUBLIC MEDITERRANEAN FOODS, INC., a Massachusetts corporation,<br><br>            Plaintiff,<br>      v.<br><br>TARAZI SPECIALTY FOODS, INC., a California corporation,<br><br>            Defendant. | Case No. ED CV 12-2109 ABC (DTBx).<br><br>[~~PROPOSED~~]<br>ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE |

**TroyGould PC**

[PROPOSED]
ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

03125-0001 242184.1

1  Based on the stipulation entered into by and between plaintiff Falafel Republic
2  Mediterranean Foods, Inc. and defendant Tarazi Specialty Foods Incorporated
3  through their respective attorneys of record, and good cause appearing:
4  IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Date: April 25, 2013

_____
Hon. Audrey B. Collins
United States District Court Judge